IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAXEN CAPITAL, LLC, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v.  § | CIVIL ACTION NO. H-08-3590 |
| § | |
| § | |
| TIMOTHY SUTHERLAND, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The plaintiffs have moved to extend the time to respond to the motion to dismiss and have moved to file an amended complaint. These motions are granted. The defendants may file a reply in support of their motion to dismiss, not to exceed 15 pages, no later than February 16, 2009.

SIGNED on February 5, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge